In the Matter of the Claim of COMMISSIONER OF TAXATION AND FINANCE, on Account of the Death of FAIELL HOLLINGER, against BEN FURE et al., Respondents. STATE INDUSTRIAL BOARD, Appellant.

(Argued May 21, 1934; decided June 5, 1934.)

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* and *Henry Epstein* of counsel), for appellant.

*William E. Lyons* and *Barnett Cohen* for respondents.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.